UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-21912-CIV-DAMIAN

THOMAS TRIANA,
on behalf of himself and all others
similarly situated,

    Plaintiff,

v.

UDINE & UDINE P.A.,

    Defendants.
_____/

### ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on the Plaintiff, Thomas Triana's, Notice of Voluntary Dismissal Without Prejudice, filed on May 22, 2024. [ECF No. 4 (the "Notice")]. Being fully advised, it is

**ORDERED** that the above styled case is **DISMISSED WITHOUT PREJUDICE** as to all Defendants. To the extent Plaintiff purported to assert claims on behalf of a class, this Order does not affect the rights of any members of a purported class. The Clerk is directed to **CLOSE** this case. Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 5th day of June, 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE